IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/09
```

-------------------------------------x
MAUREEN ASCENZO, as Administrix of the
Goods, Chattels and Estate of COLLEEN
ANNE CAREY, deceased, and MAUREEN
ASCENZO, individually,

            Plaintiff,

-against-

MEDTRONIC MINIMED, INC.,

           Defendant.
-------------------------------------x

05 CV 3610
(Patterson)

## ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41

By agreement of the parties, IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees.

SO ORDERED this 23 day of April, 2009.

BY THE COURT:

_____ J.

SO STIPULATED AND AGREED:

_____
Jay Kenneth Margolis
BIRBOWER, BEDLOCK & MARGOLIS, P.C.
151 North Main Street, Suite 300
P.O. Box 1010
New City, New York 10956

*Attorney for Plaintiff*
*Maureen Ascenzo*

_____
John P. Lavelle, Jr. *(Admitted Pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania  19103

Richard Bakalor (RB-3542)
Debra Seidman
QUIRK & BAKALOR
845 Third Avenue, 15th Floor
New York, New York 10022

*Attorneys for Defendant*
*Medtronic MiniMed, Inc.*

2